IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 7:21-CR-00031-001 (WLS) |
| **BENJAMIN CHANDLER KEENE** | |

### ORDER

Benjamin Chandler Keene has successfully located an approved a residence at 3340 Desert Circle, Apartment 94, in Atlanta, Georgia. The Northern District of Georgia has approved and accepted Keene's residence. Based on this showing, and the United States Probation Office's request, it is ordered that Keene's special condition of a term of public law placement be discharged at this time and he be released from Dismas Charities.

SO ORDERED this *16th* day of *Sept.*, 2025.

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE

Prepared by: AGR